UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR OMAR RAMIREZ PARRAS,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Warden, et al.,<br><br>                    Respondents. | Case No.: 26-cv-2541-RSH-GC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 22, 2026, petitioner Cesar Omar Ramirez Parras filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he has been unlawfully subjected to detention without a bond hearing, and seeks his release or a bond hearing. *Id.* at 2, 4, 6. On April 30, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing. ECF No. 4 at 1–2.

//

//

//

//

//

//

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Cesar Omar Ramirez Parras before an immigration court within *fourteen (14) days* of this order pursuant to 8 U.S.C. § 1226(a). The Court declines to order Petitioner's release, as the Petition does not establish a basis for this relief.

**IT IS SO ORDERED**.

Dated: May 4, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-2541-RSH-GC